# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Shadid, James E. | 2. Court or Organization<br><br>United States District Court, Central District of Illinois | 3. Date of Report<br><br>5/9/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>chief United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
100 N.E. Monroe, Room 204
Peoria, IL 61602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Bradley University, Peoria, IL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/01-3/11 | Judges Retirement System of Illinois - Pension upon retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/9/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/9/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/9/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanly Smith Barney Acct. 1 for James/Jane Shadid | A | Interest | L | T | | | | | |
| 2. IRA 1 - Lines 3-67 Acct. for James Shadid | D | Int./Div. | O | T | | | | | |
| 3. -Abbott Laboratories (ABT) | | | | | | | | | |
| 4. -ABBVIE(ABBV) | | | | | | | | | |
| 5. -AT&T Inc. | | | | | Buy | 07/27/15 | J | | |
| 6. -Bank of America Corp. (BAC) | | | | | | | | | |
| 7. -Barrick Gold Corp CAD (ABX) | | | | | | | | | |
| 8. -Berkshire Hatthaway Inc. CL B (BRK'B) | | | | | | | | | |
| 9. -Biogen IDEC Inc. (BLLB) | | | | | | | | | |
| 10. -Cablevision Systems Corp (CVC) | | | | | | | | | |
| 11. -Caterpillar Inc. (CAT) | | | | | | | | | |
| 12. -Chevron Corp (CVX) | | | | | Sold | 04/27/15 | J | | |
| 13. -Chubb Corp. (CB) | | | | | | | | | |
| 14. -Cisco Sys. Inc. (CSCO) | | | | | | | | | |
| 15. -Direct TV CLA (DTV) | | | | | Sold | 07/27/15 | J | | |
| 16. -Dolby Laboratories Inc. (DLB) | | | | | | | | | |
| 17. -EBAY Inc. (EBAY) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/9/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -Emerson Electric Co. (EMR) | | | | | | | | | |
| 19. | -Engility Holdings (EEL) | | | | | Sold | 04/27/15 | J | | |
| 20. | -Exxon Mobil Corp. (XOM) | | | | | | | | | |
| 21. | -Fluor Corp. New (FLR) | | | | | | | | | |
| 22. | -Freeport McMoran Copper & Gold (FCX) | | | | | | | | | |
| 23. | -Frontier Communications Corp. (FTR) | | | | | Sold | 04/27/15 | J | | |
| 24. | -Gap Inc. Delaware (GPS) | | | | | | | | | |
| 25. | -Google Inc. (Goog) n/k/a Alphabet Inc. CLA/CLC | | | | | | | | | |
| 26. | -Home Depot Inc. (HD) | | | | | | | | | |
| 27. | -Intel Corp. (INTC) | | | | | | | | | |
| 28. | -Intl. Business Machines Corp. (IBM) | | | | | | | | | |
| 29. | -Johnson & Johnson (J&J) | | | | | | | | | |
| 30. | -JPMorgan Chase & Co. (JPM) | | | | | | | | | |
| 31. | -Juniper Networks Inc. (JNPR) | | | | | | | | | |
| 32. | -Kopernik Glb all Cap Instl | | | | | Buy | 01/30/15 | J | | |
| 33. | -Kraft Foods Inc. Class A (KRFT) | | | | | Sold | 07/06/15 | J | | |
| 34. | -Kraft Heinz Co. (KHC) | | | | | Buy | 07/06/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/9/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -L3 Communications Hldgs Inc. (LLL) | | | | | | | | | |
| 36. -Lam Research (fka Novellus) (LRCX) | | | | | | | | | |
| 37. -Liberty Media Corp SER A LMCA | | | | | | | | | |
| 38. -Liberty Media Corp SER C LMCK | | | | | | | | | |
| 39. -Liberty Trip Advisor Holdgs. INc. LTRPA | | | | | | | | | |
| 40. -Liberty Inter Co. Venture SER A LVNTA | | | | | | | | | |
| 41. -Liberty Interactive Co. Inter A QVCA | | | | | | | | | |
| 42. -Liberty Broadband Corp. S-A LBRDA | | | | | | | | | |
| 43. -Liberty Broadband Corp S-C LBRDK | | | | | | | | | |
| 44. -McKesson Corporation (MCK) | | | | | | | | | |
| 45. -Merck & Co. Inc. New (MRK) | | | | | | | | | |
| 46. -Microsoft Corp. (MSFT) | | | | | | | | | |
| 47. -Mondelez Intl. (MDLZ) | | | | | | | | | |
| 48. -Nasdaq OMX Group Inc. (NDAQ) | | | | | | | | | |
| 49. -Novartis AG ADR (NVS) | | | | | | | | | |
| 50. -Nucor Corp. (NUE) | | | | | | | | | |
| 51. -Oaktree Capital CP LLC UT-A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/9/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pepsico Inc. (PEP) | | | | | | | | | |
| 53. -Paypal Hldgs. (PYPL) | | | | | Buy | 07/20/15 | J | | |
| 54. -Petroleo Brasileiro SA (PBR) | | | | | | | | | |
| 55. -Pfizer Inc. (PFE) | | | | | | | | | |
| 56. -Proctor & Gamble Co. (PG) | | | | | | | | | |
| 57. -Starz Liberty Capital f/k/a Liberty Media Corp. Cap (STRZA) | | | | | | | | | |
| 58. -State Street Cor. (STT) | | | | | | | | | |
| 59. -Taiwan Semiconductor Mfg. (TSM) | | | | | | | | | |
| 60. -Texas Instruments Inc. (TXN) | | | | | | | | | |
| 61. -Unilever PLC Spons ADR NEW (UL) | | | | | | | | | |
| 62. -United Parcel Service CLB (UPS) | | | | | | | | | |
| 63. -Verizon Communications (VZ) | | | | | | | | | |
| 64. -VISA Inc. Com CLA (V) | | | | | | | | | |
| 65. -Vodafone Group PLC Spons (VOD) | | | | | | | | | |
| 66. -Walgreens (WAG) n/k/a Walgreen Boots (WBA) | | | | | | | | | |
| 67. -Walt Disney Co. (DIS) | | | | | | | | | |
| 68. -Bank Deposit Program | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/9/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA 2 (Lines 69-71) Acct. of Jane Shadid | A | Int./Div. | J | T | | | | | |
| 70. -Consolidated Edison Inc. (ED) | | | | | | | | | |
| 71. -Legg Mason CB Large Cap Growth SBLGX | | | | | | | | | |
| 72. -Bank Deposit Program | | | | | | | | | |
| 73. Morgan Stanley Smith Barney of Jane/ Margaret Shadid (Lines 73-76) | A | Int./Div. | K | T | | | | | |
| 74. -Legg Mason CB Appreciation CL SHAPX | | | | | | | | | |
| 75. -Legg Mason Clearbridge Aggress - SHRAX | | | | | | | | | |
| 76. -Legg Mason CB Large Cap Growth SBLGX | | | | | | | | | |
| 77. -Bank Deposit Program | | | | | | | | | |
| 78. MSSB Acct. 2 James and Jane Shadid (Lines 78-87) | A | Int./Div. | M | T | | | | | |
| 79. -Alibaba Group Holdings, Ltd. | | | | | | | | | |
| 80. -Alcoa Inc. (AA) | | | | | Buy | 03/10/15 | J | | |
| 81. -Citigroup Inc. NEW | | | | | | | | | |
| 82. -Eaton Corp PLC SHS | | | | | | | | | |
| 83. -Gilead Science | | | | | | | | | |
| 84. -Hortonworks Inc. Com(HDP) | | | | | Buy | 04/24/15 | J | | |
| 85. -Michael Kors Holdings Ltd. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/9/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -SPDR Trust Series 1 | | | | | | | | | |
| 87. -Walgreen Co. n/k/a Walgreens Boots Alliance | | | | | | | | | |
| 88. -Workday Inc. CL A | | | | | | | | | |
| 89. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -Lines 5 and 15 - On July 27, 2015 shares of Direct TV were redeemed and used to purchase AT&T

Part VII-Line 25 - On October 5, 2015 Google Inc. underwent a name change and is now known as Alphabet Inc. CLC and Alphabet Inc. CLA

Part VII-Lines 32 and 33 - On July 6, 2015 Kraft Foods Inc. was redeemed and exchanged for Kraft Heinz Co.

Part VII-Line 52 - Pay Pal received per split on 7/20/2015

Part VII-Line 65 & 86- Walgreens (WAG) is now known as Walgreens Boots Alliance Inc. (WBA)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Shadid**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544